Mitchell S. Rosenheim, San Antonio, Tex., for petitioner.

John C. Ciolino, Asst. U. S. Atty., New Orleans, La., Paul Arthur Nejelski, Atty., Dept. of Justice, Washington, D. C., Louis C. Lacour, U. S. Atty., E. D. Louisiana, New Orleans, La., for respondent. Maurice A. Roberts, Atty., Dept. of Justice, Washington, D. C., of counsel.

Before JONES and DYER, Circuit Judges, and SPEARS, District Judge.

PER CURIAM:

A review of the entire record discloses that there is substantial evidence in support of the administrative decision, and that the record is free from prejudicial error. No abuse of discretion is made to appear. The administrative order of deportation is

Affirmed.

Robert B. Blythe, Charlotte, N. C., Court-appointed counsel, for appellant.

Wm. Medford, U. S. Atty. (William M. Styles, Asst. U. S. Atty., on brief), for appellee.

Before SOBELOFF, BOREMAN and CRAVEN, Circuit Judges.

**William Reid BLACK, Appellant,**

v.

**UNITED STATES of America, Appellee.**

No. 10620.

United States Court of Appeals Fourth Circuit.

Argued Oct. 5, 1966.

Decided Oct. 10, 1966.

PER CURIAM:

Appellant Black was convicted by a jury upon an indictment charging him with the theft of merchandise from an interstate shipment in violation of 18 U.S.C. § 659. Upon careful consideration of the briefs filed, the oral arguments of counsel and the entire record, we affirm the judgment below.

On appeal appellant assigns as error the District Court's instructions to the jury concerning an interstate shipment and the weight to be given to the testimony of an accomplice. Appellant offered no objection below to the instructions as required by Rule 30 of the Fed-

 

eral Rules of Criminal Procedure and, although Rule 52(b) permits this court to notice plain error affecting substantial rights, we find no such error here.

Affirmed.

**RESERVE FINANCE COMPANY, Inc.,**
Appellant,

v.

**CRYSTAL MOTORS, INC., et al.,**
Appellees.

No. 23056.

United States Court of Appeals
Fifth Circuit.

Oct. 27, 1966.

J. Charles Whitfield, Jr., Herbert Finkelstein, Houston, Tex., for appellant.

Percy D. Williams, William E. Hall, Jr., Jack Binion, J. Rolfe Johnson, Houston, Tex., for appellee.

Butler, Binion, Rice, Cook & Knapp, Houston, Tex., of counsel.

Before JONES and DYER, Circuit Judges, and SPEARS, District Judge.

PER CURIAM.

 In a bankruptcy proceeding the district court entered an order appointing a receiver for the alleged bankrupt. A motion to vacate the appointment was denied after a hearing. The case is before this Court on appeal from the order denying the motion to vacate. The appointment of a receiver was correct. The matter was discretionary and the discretion was properly exercised. The order of the district court is

Affirmed.

**UNITED STATES of America,**
Appellee,

v.

**Joseph Clarence MACY, Appellant.**

No. 10681.

United States Court of Appeals
Fourth Circuit.

Argued Oct. 3, 1966.

Decided Oct. 14, 1966.

